BENNETT REALTY COMPANY ET AL., PROSECUTORS, v. MAYOR AND ALDERMEN OF JERSEY CITY ET AL., DEFENDANTS.

Argued January 18, 1928—Decided May 1, 1928.

Before Justices PARKER, MINTURN and CAMPBELL.

For the prosecutors, *Warren Dixon*.

For the defendants, *Thomas J. Brogan* and *Frank J. Reardon*.

PER CURIAM.

This case is controlled by our decision in Kelly *v.* Jersey City, number 296 of the present term, and for the reasons stated in the *per curiam* of this court in that case, the confirmation of · the assessment in the present case will be set aside.